# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**FT EXPRESS,**             **Case No. 3:12-CV-393**

     Appellant,

                                           **Judge Timothy S. Black**

-vs-

**JAMES F. CONLEY,** *et al.***,**

     Appellees.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

     **[X]**    **Decision by Court**

     **IT IS ORDERED AND ADJUDGED** that an order (Doc. 10) **DISMISSED** the appeal pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with court orders; and the case is **CLOSED** from the docket of the Court.

Date: February 7, 2013                                 **JOHN P. HEHMAN, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                        Deputy Clerk